Frank A. Conner (State Bar No. 90909)
WORDES, WILSHIN & CONNER LLP
20151 SW Birch Street, Suite 175
Newport Beach, CA 92660
Telephone: 949.486.5900
Facsimile: 949.486.5888

Attorneys for Plaintiff and Counterdefendant
Pacific Asian Enterprises, Inc.

Kenneth N. Smersfelt (State Bar No. 166764)
Brett L. McClure (State Bar No. 210855)
Michael A. Garabed (State Bar No. 223511)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant and Counterclaimant
Siemens Industry, Inc., formerly known as
Siemens Energy & Automation, Inc.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ASIAN ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS ENERGY & AUTOMATION, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. SA CV 08-00106 AHS (ANx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Alicemarie H. Stotler |

Having considered the stipulation filed by the parties pursuant to Federal Rule of Civil Procedure 41, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed in its entirety with prejudice.

DATED: February 22, 2010.

**ALICEMARIE H. STOTLER**
Honorable Alicemarie H. Stotler
United States District Judge

ORDER DISMISSING ACTION WITH PREJUDICE